## KELLY v. HEDDEN.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
SOUTHERN DISTRICT OF NEW YORK.

Argued December 13, 14, 1887. — Decided January 9, 1888.

The distinction between this case and *Whitney* v. *Robertson, ante,* 190, does
not warrant a different disposition of it.

THIS was an action to recover back duties alleged to have
been illegally exacted. It was argued with *Whitney* v. *Robertson, ante,* 190.

*Mr. A. J. Willard* and *Mr. H. E. Tremain* for plaintiff in
error. *Mr. M. W. Tyler* was with them on their brief.

*Mr. Solicitor General* for defendant in error.

MR. JUSTICE FIELD delivered the opinion of the court.

This case, except in one particular, presents the same ques-
tions considered and determined in *Whitney* v. *Robertson.*
The exceptional circumstance is this, that the act of 1883,
under which the duties were levied and collected, to recover
which the action is brought, declares that nothing in it " shall
in any way change or impair the force and effect of any treaty
between the United States and any other government, or any
laws passed in pursuance of or for the execution of any such
treaty, so long as such treaty shall remain in force in respect
of the subjects embraced in this act." 22 Stat. 525. The
most that can be conceded to this provision is, that it leaves a
previous treaty relating to the same subjects unaffected by the
act. Our observations in the former case, as to the effect of
subsequent legislation in conflict with the stipulations of a
treaty, are therefore inapplicable to the present case. But all
other considerations as to specific exemptions in return for
special concessions remain, in answer to the alleged contention

of the plaintiffs that articles, the produce and manufacture of the island of San Domingo should be admitted free of duty because similar articles, the produce and manufacture of the Hawaiian Islands, are thus admitted.

*Judgment affirmed.*